538 A.2d 494

COMMONWEALTH of Pennsylvania, Petitioner,

v.

Charles D. WALKER, Jonathan E. Keen, Kenneth L. Hill, Melvin Lee Eiswerth, Fred D. Biichle, John Edward Collins, Arthur A. Bell, Jr., Alan L. Herold, Edward S. Laforme, Gloria Ann Porter, John J. Weidler, Kevin L. Phillips, Frederick D. Spencer, Robert Lee Fritz, Merle E. Newell, John E. Schon, Respondents.

Supreme Court of Pennsylvania.

March 7, 1988.

## ORDER

PER CURIAM.

Petition for allowance of appeal granted. The order of the Superior Court is reversed, the complaints are reinstated, and the matter is remanded to the Court of Common Pleas of Lycoming County for further consideration in light of *Commonwealth v. Revtai*, 516 Pa. 53, 532 A.2d 1 (1987).